IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC.,<br><br>Defendant | Case No. 6:22-cv-00541-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AGREED EXTENSIONS

On behalf of all parties, Plaintiff Immersion Corporation hereby provides notice that the parties have agreed to extend certain deadlines as set forth in the case Scheduling Order as follows:

- The parties' deadline to exchange proposed terms for construction is reset from October 26, 2022, to October 31, 2022;
- The parties' deadline to exchange proposed constructions is reset from November 9, 2022, to November 11, 2022;
- The parties' deadline to disclose extrinsic evidence is reset from November 16, 2022, to November 17, 2022; and

Subsequent deadlines relating to claim construction remain as set. This adjournment is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Date: October 26, 2022

Respectfully submitted,

*/s/Stefan Szpajda*
Stefan Szpajda, WA Bar No. 50106
Cliff Win, CA Bar No. 270517
Steven Skelley, WA Bar No. 53017

**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel:    (206) 880-1802
Email: stefan@foliolaw.com
Email: cliff.win@foliolaw.com
Email: steve.skelley@foliolaw.com

Joseph M. Abraham, TX SB No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
T: 737-234-0201
Email: joseph.abraham@foliolaw.com
Email: timothy.dewberry@foliolaw.com

*Attorneys for Plaintiff Immersion Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/*Stefan Szpajda*
Stefan Szpajda
