UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| IMMERSION CORPORATION | § | | |
| | § | | |
| vs. | § | NO: | WA:22-CV-00541-ADA |
| | § | | |
| META PLATFORMS, INC. | § | | |
| *Defendant* | | | |

## ORDER SETTING MOTIONS HEARING VIA IN PERSON AND ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MOTIONS HEARING VIA IN PERSON AND ZOOM for purposes of limited referral, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on January 23, 2023 at 01:30 PM. The zoom hearing link will be provided to counsel of record via email.

**IT IS SO ORDERED** this **19th day of December, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE