# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **IMMERSION CORPORATION,**<br>*Plaintiff,*<br><br>v.<br><br>**META PLATFORMS, INC.,**<br>*Defendant.* | §<br>§<br>§<br>§<br>§  Case No. 6:22-CV-00541-ADA<br>§<br>§<br>§<br>§ |

## MOTION TO TRANSFER VENUE HEARING ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the hearing and order on Defendant Meta Platform Inc.'s Motion to Transfer Venue to the Northern District of California (ECF No. 20) are referred to United States Magistrate Judge Derek T. Gilliland.

**SIGNED** this 19th day of December, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE