# EXHIBIT B

### audit trail

record of computer operations, showing what has been done and, if available, who has done it. The term is taken from accountancy, but audit trails are now widely used to check many aspects of computer security, in addition to use in accounts programs.

### augmented reality

use of computer systems and data to overlay video or other real-life representations. For example, a video of a car engine with the mechanical drawings overlaid.

### AUP

abbreviation for **acceptable use policy**; see acceptable use.

### authentication

system for certifying the origin of an electronic communication. In the non-electronic world, a handwritten signature authenticates a document, for example a contract, as coming from a particular person. In the electronic world, encryption systems provide the same function via digital signatures and other techniques.

In public-key cryptography, for example, the ability to decrypt a message with a particular user's public key authenticates the message as coming from that user and no one else. Authentication is an essential requirement for electronic commerce.

### authoring

development of multimedia presentations. Authoring includes pulling together the necessary audio, video, graphics, and text files and formatting them for display.

### authoring tool

software that allows developers to create multimedia presentations or World Wide Web pages. Typically, these tools automate some of the more difficult parts of generating program source codes so that developers can work on a higher, more abstract level. Popular authoring tools for the World Wide Web include Microsoft FrontPage, Macromedia Dreamweaver, and Adobe PageMill.

### authoring tool

Copyright © 2005. Helicon Publishing. All rights reserved.

Helicon, Publishing. Hutchinson Dictionary of Computing and the Internet, Helicon Publishing, 2005. ProQuest Ebook Central, http://ebookcentral.proquest.com/lib/washington/detail.action?docID=268778.
Created from washington on 2022-11-17 22:22:28.