# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION | § § | |
| vs. | § § | NO:   WA:22-CV-00541-ADA |
| META PLATFORMS, INC. | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Public Zoom on May 30, 2023 at 10:30 AM.

IT IS SO ORDERED this 3rd day of May, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE