IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION, | ) | Case No. 6:22-cv-00541-ADA |
| Plaintiff, | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| META PLATFORMS, INC. f/k/a FACEBOOK, INC., | ) | |
| Defendant. | ) | |

**JOINT NOTICE FOR AGREED EXTENSION OF TIME**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff Immersion Corporation and Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. file this Joint Notice for Agreed Extension of Time. The parties jointly agree to extend their respective Deadlines to serve Final Infringement and Invalidity Contentions from June 6, 2023, to July 28, 2023.

This extension is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: May 17, 2023                                     Respectfully submitted,

*/s/ Stefan Szpajda*                                    */s/ Phillip E. Morton*
Stefan Szpajda, WA Bar No. 50106                        Phillip E. Morton
Cristofer I. Leffler, WA Bar No. 35020                  COOLEY LLP
David Schumann, CA Bar No. 223936                       1299 Pennsylvania Ave. NW, Suite 700
C. Maclain Wells, CA Bar No. 221609                     Washington, DC 20004
Sam Kim, CA Bar No. 282582                              Telephone: (202) 842-7800
Alexandra Fellowes, NY Bar No. 5015946                  Email: pmorton@cooley.com
Palani P. Rathinasamy, CA Bar No. 269852
Cliff Win, Jr., CA Bar No. 270517                       Heidi L. Keefe
FOLIO LAW GROUP PLLC                                    Dena Chen
1200 Westlake Ave. N., Suite 809                        Elizabeth L. Stameshkin
Seattle, WA 98109                                       Alexandra Leeper
Tel: (206) 880-1802                                     COOLEY LLP
Email:                                                  3175 Hanover Street
    stefan@foliolaw.com              Palo Alto, CA 94304
    cris.leffler@foliolaw.com        Telephone: (650) 843-5000
    david.schumann@foliolaw.com      Email: hkeefe@cooley.com
    maclain@foliolaw.com                 dchen@cooley.com
    sam.kim@foliolaw.com                 lstameshkin@cooley.com
    alexandra.fellowes@foliolaw.com      aleeper@cooley.com
    palani@foliolaw.com
    cliff.win@foliolaw.com           Deron R. Dacus
                                                        THE DACUS FIRM, P.C.
Joseph M. Abraham, TX Bar No. 24088879                  821 ESE Loop 323, Suite 430
Timothy F. Dewberry, TX Bar No. 24090074                Tyler, TX 75701
FOLIO LAW GROUP PLLC                                    Telephone: (903) 705-1117
13492 Research Blvd., Suite 120, No. 177                Email: ddacus@dacusfirm.com
Austin, TX 78750
Tel: (737) 234-0201                                     *Attorneys for Meta Platforms, Inc.*
Email: joseph.abraham@foliolaw.com
    timothy.dewberry@foliolaw.com

*Attorneys for Immersion Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                         /s/ *Stefan Szpajda*
                                                         Stefan Szpajda